KENG JURAI
1331 Sevier Ave.
Menlo Park, California 94025
Phone. (669) 236-0699
juraisitthichok@gmail.com

*Pro Se Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENG JURAI,<br><br>                    Plaintiff,<br><br>        v.<br><br>GOOGLE LLC, WEDRIVEU INC.,<br><br>WEDRIVEU LEASING, WEDRIVEU<br><br>HOLDING,<br><br>                    Defendants. | Case No. 24-cv-07984-LB<br><br>**PLAINTIFF KENG JURAI'S MOTION TO DISMISS WITH PREJUDICE**<br><br>Judge:     Hon. Laurel Beeler<br><br>Complaint Filed: November 14, 2024 |

TO THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA AND ALL PARTIES:

Plaintiff Keng Jurai "*Pro Se* Plaintiff" moves to dismiss this action under Fed. R. Civ. P. 41. Pursuant to the Settlement Conference held on April 3, 2025, *Pro Se* Plaintiff, Defendant Google, and Defendant WeDriveU reached an agreement to settle this case.

WHEREFORE, *Pro Se* Plaintiff requests dismissal with prejudice and further relief as the Court deems proper.

Dated: April 30, 2025                                    Respectfully Submitted,

                                                         KENG JURAI
                                                         *Pro Se Plaintiff*



IT IS SO ORDERED
Judge Laurel Beeler

-2-